# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JORDAN LEVI MARTIN,<br><br>  Plaintiff,<br><br>v.<br><br>LELAND DUDEK, Acting Commissioner,<br>Social Security Administration,<br><br>  Defendant. | Case No. CIV-23-381-RAW-DES |

## ORDER AFFIRMING DECISION OF THE COMMISSIONER

  On March 11, 2025 the United States Magistrate Judge entered a Report and Recommendation in the above-referenced case, recommending that this Court affirm the Commissioner's decision upholding on appeal the findings of the Administrative Law Judge ("ALJ"), denying benefits to Plaintiff [Docket No. 21].  The Plaintiff has filed an objection to the Magistrate Judge's Report and Recommendation within the time prescribed by law. 28 U.S.C.§636(b)(1); Fed. R. Civ. P. 72(a) [Docket No. 23] and the Commissioner filed a response [Docket No. 25].

  Plaintiff objects to the Magistrate Judge's Report and Recommendation asserting that the ALJ erred and remand is required because the ALJ failed to properly account for and discuss the combined effects of all Plaintiff's impairments, severe and non-severe, with particular emphasis on the Claimant's spinal condition of scoliosis.  Further, Plaintiff questions the validity of the ALJ's determination of the number of jobs in the economy that he could perform.

  The Magistrate Judge reviewed the ALJ's step-by-step analysis in the RFC determination and the ALJ's accounting for claimant's evidence of scoliosis and any limitations

with respect to the number of jobs available nationally and found that the ALJ had substantial evidence to support his determination and that correct legal standards were applied by the ALJ.

Upon full consideration of the record and the issues herein, this court finds that the Magistrate Judge's recommendation to affirm the ALJ is well-supported. The ALJ's decision is supported by substantial evidence, and the correct legal standards were applied.

Accordingly, the Report and Recommendation of the United States Magistrate Judge is hereby AFFIRMED and ADOPTED as this court's Findings and Order. The decision of the Commissioner is AFFIRMED.

**IT IS SO ORDERED** this 27th day of March, 2025.

.

_____
**THE HONORABLE RONALD A. WHITE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF OKLAHOMA**